**DAVID M. REAVES**
Chapter 7 Panel Trustee
Post Office Box 44320
Phoenix, Arizona 85064
(602) 241-0101 Telephone

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| In Re: | ) Case No. 2:08-bk-13685-RTB |
|---|---|
| LOAR, SHALYNN and LOAR, ALLISON, | ) Chapter 7 |
| Debtors. | **APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO U.S. BANKRUPTCY COURT** |

_____

David M Reaves, Trustee, reports that the following dividend checks have been issued and returned for insufficient and address and no other address for this creditor is on file with the court.

| Check No. | Date Issued | Creditor's Name and Address | Amount |
|---|---|---|---|
| 3003 | 04/07/11 | DAVID GREGG, JR. & GEORGE GREGG (FOR DAVID GREGG, SR) 21742 NORTH 81ST STREET SCOTTSDALE, AZ 85255 | $146.70 |

Dated this 15th day of April, 2011.

/s/ David M. Reaves
David M. Reaves, Chapter 7 Trustee